M/D 1

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

Jermaine Cordell Clark
STATON Corr. Facility
Full name and prison name of
Plaintiff(s)

v. Warden Joseph Headley,
Cpt. Frannett D. Riley,
Cpt. Tavorez Surles, Lt. Carmen
Sudderth, Lt. Green, Lt. John Doe
Sgt. K. Payne,
Sgt. John Doe
Classification Specialist- MS. Reeves
C.O. John Doe
Name of person(s) who violated your constitutional rights. (List the names of all the person.)

RECEIVED
2023 NOV 30 A 11: 50
TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CIVIL ACTION NO. _____
(To be supplied by Clerk of U.S. District Court)

2:23-CV-00692-MHT-CSC

I.  PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☑

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☑

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____

         Defendant(s) _____

      2. Court (if federal court, name the district; if state court, name the county)

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT STATON Correctional Facility

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Red Eagle Honor farm & STATON Correctional facility

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                    ADDRESS

1. Warden Headley, Cpt. Surles, Lt. Green, Lt. John Doe,
2. Sgt. John Doe, Sgt. K. Payne, C.O John Doe, Classification
3. Specialist Ms. Reeves - All STATON Correctional facility
4. Captain Franetta D. Riley - Red Eagle Honor Farm
5. Lt. Carmen Sudderth - K9 Bureau
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED July 11th 2023 & October 2nd 2023

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: The Defendants are in direct violation of Plaintiff 5th & 14th Constitutional rights which gives the Plaintiff the right to "Due Process of law".

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.) ON July 11th 2023, around 7:20 A.M during a search of Dormitory B which I plaintiff slept in, Cpt. Riley and K9 Lt. Sudderth Conspired amongst each other by writing up a conniving, illegitmate disciplinary, charging the Plaintiff with a bogus charge. Plaintiff was immediately transferred from a level two Work camp to a dangerous Maximum medium Prison

GROUND TWO: The Defendants are in direct violations of Plaintiff 8th amendment Constitutional right

SUPPORTING FACTS: The Plaintiff was transferred from a level two facility, to a dangerous Maximum medium Prison the Same day of being Framed with the illegitmate disciplinary. I the Plaintiff later was Found not guilty of the illegitmate disciplinary, therefore Plaintiff Level two custody always remained intact. On October 2nd around 7:00pm 2023, I Jermaine Clark was awaken out of my sleep

GROUND THREE: _____

SUPPORTING FACTS: _____

Resume Ground two Supporting facts,

by a inmate named John Doe, nicknamed Nigeria, As I open my eye's I notice that Nigeria was holding a Knife inside of his hands. Nigeria was accussing me of something that I could'nt understand exactly what he was talking about. Nigeria then stabbed me once in my Left thigh, he motion to stab me a second time but I manage to get away from the scene. Nigeria left the Dormitory then came back a second time hold a Knife in his hand walking towards me. Officer John Doe who working inside of F-Dorm on October 2nd 2023 witnessed inmate Nigeria walking towards Plaintiff holding a Knife, officer John Doe then called for back up on his radio, Several Supervisors and Correctional officers appeared once the call for back up was made. Nigeria was apprehended by officers and taken out of the dorm. I the Plaintiff was left inside of the dorm, I never was approach by any officer to see was I OK or if I needed medical attention.

On October 3rd around 5:00am inside of F-Dorm at Staton Correctional facility, After about 10 hours away from been stabbed, I Plaintiff was encounter a third time by inmate Nigeria, this time Nigeria was coming towards me with two Knives inside of his hands. I managed to get away from Nigeria. Nigeria was then confronted by Officer C. Williams who was then working F-dorm on 3rd shift. Nigeria then became hostile

towards Officer C. Williams, Stabbing Officer Williams seven times.

Supervisors and officers knew that inmate Nigeria had stabbed another inmate/Plaintiff yet they release Nigeria back into the prison population right after they apprehended him. Supervisors nor officers never approach me to check on my well being.

Supervisors and officers on 2nd shift knew that someone had be stabbed by inmate Nigeria yet they made not any effort to make sure that I was ok, even releasing Nigeria back into population risking my life for a third time.

Lt. Green on 3rd shift had knowledge that Nigeria stabbed a inmate on 2nd shift, Yet Lt. Green did nothing to make sure that I was secured, The Negligence by the supervisors and officers here a Staton Correctional facility Lead up to one of their own officers been stabbed seven times which was meant for me.

I the Plaintiff have now been at Staton Correctional Facility for four and a half months. The entire time I been at Staton I had level two custody, I never should have been at a maximum prison in order for a dangerous situation like this to occur.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like for the court to sanction the Alabama Department of Corrections as well as Sanction the above Defendants and put into place measures that would Prevent inmates from experiencing the atrocity and negligence that I suffer at the hands of AlDOC. Also I would like to be compensated monetarly for the pain and suffering.

Jermaine Clark
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11-22-2023
(Date)

Jermaine Clark
Signature of plaintiff(s)

Jermaine Cordell Clark
A.I.S # 239055
Staton Correctional Facility
2690 Marion Spillway Road
Elmore, AL 36025



Office of the Clerk
United States District Court
Middle District of Alabama
1 Church Street, suite B-110
Montgomery, AL 36104-4018