IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JERMAINE CORDELL CLARK,    ) | |
|     ) | |
|     Plaintiff,   ) | |
|     ) | CIVIL ACTION NO. |
|     v.   ) | 2:23cv692-MHT |
|     ) | (WO) |
| WARDEN JOSEPH HEADLEY,   ) | |
| et al.,   ) | |
|     ) | |
|     Defendants.   ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a prisoner, filed this lawsuit complaining that he was transferred to a high-security prison based on a false disciplinary report, and that correctional officials and officers failed to protect him by failing to move him back to a low-security facility after the disciplinary report was rejected, and by allowing a violent prisoner who was not permitted to be in plaintiff's dorm to enter the dorm repeatedly, armed with knives, and to stab him. This lawsuit is now before the court on the recommendation of the United

States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of January, 2025.

                                        /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE